UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARC VAN DEN HEUVEL, | No. 2:13-cv-2187 KJN PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 5, 2015, the court denied plaintiff's motion for summary judgment, granted the Commissioner's cross-motion for summary judgment, and entered judgment for the Commissioner. (ECF Nos. 33, 34.)

Thereafter, plaintiff filed a letter to the court and a document captioned "Additional Information; pleading for a verdict soon or jury trial" on February 17, 2015, and February 18, 2015, respectively. (ECF Nos. 35, 36.) Both filings attached additional medical records and other miscellaneous documents. In light of plaintiff's *pro se* status, the court liberally construes these filings as a motion for reconsideration of the court's previous order directing the entry of judgment for the Commissioner.

The court has reviewed plaintiff's filings and concludes that they do not show any new facts or evidence pertinent to the period under review in this case, changes in the law, mistake, or

1

other reasons why the court should reconsider its previous order.  <u>See</u> Fed. R. Civ. P. 60(b); E.D. Cal. L.R. 230(j).  As such, the court finds no proper basis to reconsider.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration is DENIED.
2. No further requests for reconsideration will be entertained in this already-closed case.
3. Any further unauthorized filings will be summarily disregarded.

IT IS SO ORDERED.

Dated:  February 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2